IN the INTEREST OF: A.C.B., Minor.

No. ED 101122

Missouri Court of Appeals
Eastern District
DIVISION TWO

Filed: November 12, 2014

Charles C. Curd, Weldon Spring, George E. Tillman, St. Charles, for Appellant.

Gary L. Gardner, Assistant Attorney General, Jefferson City, Dawn E. Blunda, Co-Counsel, St. Charles, for Respondent.

Pamela J. Ciskowski, St. Charles, Guardian Ad Litem.

Before Sherri B. Sullivan, P.J., Mary K. Hoff, J., and Philip M. Hess, J.

## ORDER

PER CURIAM

Z.B. (Mother) and D.N. (Father) appeal the trial court's judgment terminating their parental rights to their son, A.C.B. (Child). Both parents claim there was insufficient evidence supporting the grounds for termination and the court's finding that termination was in the child's best interest.

We have reviewed the briefs of the parties and the record on appeal and have determined that an extended opinion would have no precedential value. We have, however, provided a memorandum opinion only for the use of the parties setting forth the reasons for our decision.

We affirm the judgment pursuant to Rule 84.16(b).